UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

MOHAMMED KHAN,

                                        Plaintiff,

                -against-                                              Case No. 2:23-CV-3018 (JMA) (ST)

GENERAL WELDING SUPPLY CORP.,

                                        Defendant.

-------------------------------------------------------------- x

## STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for Plaintiff and Defendant, that the date by which Defendant GENERAL WELDING

SUPPLY CORP. must answer, move, or otherwise respond to the Complaint is hereby extended to

August 21, 2023.

| | |
|---|---|
| SHALOM LAW, PLLC<br>*Attorneys for Plaintiff*<br>105-13 Metropolitan Avenue<br>Forest Hills, New York 11375<br>(718) 971-9474 | JACKSON LEWIS P.C.<br>*Attorneys for Defendant*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404 |
| By: *s/ Jonathan Shalom*<br>     Jonathan Shalom, Esq. | By: *s/ Davis S. Greenhaus*<br>     David S. Greenhaus, Esq. |
| Dated: June 7, 2023 | Dated:   June 7, 2023 |

SO ORDERED on this ___ day of June 2023.

_____
        Joan M. Azrack, United States District Judge

4890-6467-5688, v. 1